Certificate Number: 12433-PAE-DE-029868210

Bankruptcy Case Number: 17-15423



12433-PAE-DE-029868210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2017, at 11:19 o'clock PM EDT, Antoine C. Green, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 13, 2017        By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher