# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-15423(AMC) |
| ANTOINE C. GREEN, SR. | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 9, 2018 at 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and for an Order Compelling Rejection of Lease Pursuant to 11 U.S.C. §365, Waiver of 14 Day Stay of Effectiveness of Order, a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on June 15, 2018, upon the following individuals:

                            LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: June 15, 2018        By:  /s/ Regina Cohen
                                        Regina Cohen, Esquire
                                        Attorneys for Ally Bank

## SERVICE LIST

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(Via ECF Only)

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143

Linda Shealer Henderson
6105 Washington Avenue
Philadelphia, PA 19143