# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-15423(AMC) |
| ANTOINE C. GREEN, SR. | : | |
| Debtor | : | CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Bank for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c). The response date in the above-captioned matter was on or before **July 2, 2018**, which is more than fifteen (15) days from the date of service.

                                                                          **LAVIN, O'NEIL, CEDRONE & DiSIPIO**

                                                                          /s/ Regina Cohen
                                                                          Regina Cohen, Esquire
                                                                          Attorney for Movant

DATED:  July 5, 2018

2016327v1