**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-15423(AMC) |
| ANTOINE C. GREEN, SR. | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 9, 2018 at 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY BANK RELIEF FROM THE
AUTOMATIC STAY AND CO-DEBTOR RELIEF FROM THE
AUTOMATIC STAY, COMPELLING REJECTION OF THE LEASE
AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Dodge Durango, VIN: 1C4RDJAG5GC375517 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Bank is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Linda Shealer Henderson; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order.

FOR THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge

**Date: July 9, 2018**

Copies mailed to: See attached service list.

## **SERVICE LIST**

Regina Cohen, Esquire
Lavin, O'Neil, Cedrone & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(Via ECF Only)


William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143


Linda Shealer Henderson
6105 Washington Avenue
Philadelphia, PA 19143