United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-15423-amc
Antoine C Green, Sr                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1            Date Rcvd: Jul 09, 2018
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db             +Antoine C Green, Sr,    6105 Washington Avenue,    Philadelphia, PA 19143-2914
               +Linda Shealer Henderson,    6105 Washington Avenue,    Philadelphia, PA 19143-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Antoine C Green, Sr dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,   ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-15423(AMC) |
| ANTOINE C. GREEN, SR. | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 9, 2018 at 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY BANK RELIEF FROM THE**
**AUTOMATIC STAY AND CO-DEBTOR RELIEF FROM THE**
**AUTOMATIC STAY, COMPELLING REJECTION OF THE LEASE**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Dodge Durango, VIN: 1C4RDJAG5GC375517 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Bank is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Linda Shealer Henderson; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order.

FOR THE COURT:

**Date: July 9, 2018**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies mailed to: See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
Lavin, O'Neil, Cedrone & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(Via ECF Only)


William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Antoine C. Green, Sr.
6105 Washington Avenue
Philadelphia, PA 19143


Linda Shealer Henderson
6105 Washington Avenue
Philadelphia, PA 19143