United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15423-amc
Antoine C Green, Sr                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Sep 11, 2018
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db          +Antoine C Green, Sr,    6105 Washington Avenue,    Philadelphia, PA 19143-2914
13965441    +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    Po Box 1799,
              Akron, OH 44309-1799
13965443     City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
              Philadelphia, PA 19130-6318
13965448    +DirecTV,    P.O. Box 6650,    Englewood, CO 80155-6650
14016819    +JD Receivables LLC,    Agent for KAY JEWELERS,    PO Box 382656,    Germantown, TN 38183-2656
13965449    +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
13965453     philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 12 2018 02:05:13     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:01
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2018 02:05:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 02:04:53     Ally Bank,
              serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 02:04:39     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14024926    +E-mail/Text: g20956@att.com Sep 12 2018 02:05:19     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
13977892     E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 02:04:53     Ally Bank Lease Trust,
              PO Box 130424,    Roseville MN 55113-0004
13965439     E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 02:04:53     Ally Financial,
              P.O. Box 380901,    Bloomington, MN 55438-0901
14009008     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:03:54
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
              Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13965440     E-mail/Text: g20956@att.com Sep 12 2018 02:05:19     At&T Mobility,    PO Box 537104,
              Atlanta, GA 30353-7104
13965442    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 02:03:52     Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13965444    +E-mail/Text: bankruptcy@philapark.org Sep 12 2018 02:05:21     City of Philadelphia,
              Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13965445    +E-mail/Text: bankruptcy@philapark.org Sep 12 2018 02:05:21     City of Philadelphia,
              Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13965446    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 02:04:57     Comenitycapital/modell,
              Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13965447    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 02:04:17     Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
14008345     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:03:54
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13965450    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 02:05:05     Midland Funding,
              Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14009460    +E-mail/Text: blegal@phfa.org Sep 12 2018 02:05:07     PHFA,    211 North Front,
              Harrisburg, PA 17101-1466
13965454     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:03:53
              Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14005700     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:04:16
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13965900    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:04:39
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13965451    +E-mail/Text: blegal@phfa.org Sep 12 2018 02:05:07     Pa Housing Finance Age,    Po Box 8029,
              Harrisburg, PA 17105-8029
14019607     E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 02:04:58
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13965452*    +Pa Housing Finance Age,    Po Box 8029,    Harrisburg, PA 17105-8029
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                   Date Rcvd: Sep 11, 2018
                               Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Antoine C Green, Sr dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,   ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTOINE C GREEN SR                                    Chapter 13

                    Debtor            Bankruptcy No. 17-15423-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___11th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ANTOINE C GREEN SR

6105 WASHINGTON AVENUE

PHILADELPIA, PA 19143